694

No. 63. LeTulle v. Scofield, Collector of Internal Revenue. January 29, 1940. 308 U. S. 415.

No. 129. General American Tank Car Corp. v. El Dorado Terminal Co. January 29, 1940. 308 U. S. 422.

No. 537. Helvering, Commissioner of Internal Revenue, v. Tyng. January 29, 1940. 308 U. S. 527.

No. 538. Helvering, Commissioner of Internal Revenue, v. Buchsbaum. January 29, 1940. 308 U. S. 527.

No. 566. Great Atlantic & Pacific Tea Co. v. Federal Trade Commission. January 29, 1940. 308 U. S. 625.

No. 578. Quanah, Acme & Pacific Ry. Co. v. United States et al. January 29, 1940. 308 U. S. 527.

No. 550. Mims v. New Mexico. February 5, 1940. 308 U. S. 626.

No. 557. Interstate Oil Co. et al. v. Gormley, Receiver. February 5, 1940. 308 U. S. 626.

No. 577. Stirn v. Atlas Corporation et al. February 5, 1940. 308 U. S. 622.

No. 598. Philadelphia-Detroit L i n e s , I n c . v. United States et al. February 5, 1940. 308 U. S. 528.